**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD F GREENSPAN,

    Plaintiff,

  v.

PAUL HASTINGS JANOFSKY & WALKER LLP,

    Defendant.

               /

No. C 12-01148 CRB

**SCHEDULING ORDER**

      There has been a request for Withdrawal of Bankruptcy Reference filed in this action. Dkt. 1. The Northern District of California Bankruptcy Local Rules provide a briefing schedule for such actions unless the district judge orders otherwise. Bankruptcy Local Rule 5011-2(d). Pursuant to the Notice of March 8, 2012, this Court orders the Motion to Withdraw the Reference shall be noticed pursuant to Northern District of California Civil Local Rule 7-2(a). All Responses and Replies shall be filed as per Local Rule 7-2.

      **IT IS SO ORDERED.**

Dated: March 16, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE