DAVID GOULD, APC
DAVID GOULD, SBN 37947
23975 Park Sorrento, Suite 200
Calabasas, CA 91302-4011
Telephone: (818) 222 8092
Facsimile: (818) 449 4803
dgould@davidgouldlaw.com

Counsel for Ronald F. Greenspan
Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| BROBECK, PHLEGER & HARRISON LLP, | ) District Court Case No. 12-01148 (CRB) |
| | ) |
| Debtor. | ) BK Case No.  03-32715 (DM) |
| | ) |
| | ) Adv. Pro. No. 11-03229 (DM) |
| | ) |
| | ) |
| RONALD F. GREENSPAN, Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP, | ) **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION OF PAUL HASTINGS DEFENDANTS FOR WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT** |
| Plaintiff, | ) |
| v. | ) |
| PAUL HASTINGS, LLP, *et al.*, | ) |
| Defendants. | ) |

This stipulation is entered into by and between Plaintiff, Ronald F. Greenspan, Chapter 7 Trustee for Brobeck, Phleger & Harrison, LLP ("Plaintiff"), and Defendants Paul Hastings LLP (successor to Paul, Hastings, Janofsky and Walker LLP), Kenneth R. Bender, John F. Hilson, Christopher H. McGrath, Mark E. McKeen, Howard M. Privette II and William F. Sullivan (collectively, the "Paul Hastings Defendants").

-1-

1   WHEREAS, the Paul Hastings Defendants filed a Motion for Withdrawal of the Reference to the Bankruptcy Court ("Motion") on February 21, 2012;

   WHEREAS, the Motion is set for hearing on May 4, 2012, at 10:00 a.m.; and

   WHEREAS, Plaintiff and the Paul Hastings Defendants wish to set a mutually convenient briefing schedule on the Motion;

   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, either for themselves or through their counsel, that:

   1.   Plaintiff's Opposition to the Motion shall be due on April 6, 2012.

   2.   The Paul Hastings Defendants' Reply in support of the Motion shall be due on April 20, 2012.

Dated:  March 23, 2012

**PLAINTIFF**
**RONALD F. GREENSPAN, CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP**

By:   /s/ David Gould
        David Gould, Counsel

Dated:  March 23, 2012

**THE PAUL HASTINGS DEFENDANTS**
**PAUL HASTINGS LLP (Successor to Paul, Hastings, Janofsky & Walker LLP)**
**KENNETH R. BENDER**
**JOHN F. HILSON**
**CHRISTOPHER H. McGRATH**
**MARK E. McKEEN**
**HOWARD M. PRIVETTE II**
**WILLIAM F. SULLIVAN**

By:   IRELL & MANELLA LLP

         /s/ Marc S. Maister
        Marc S. Maister, Counsel

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated:  March 27, 2012

_____
Judge Charles R. Breyer
United States District Judge

-2-

DAVID GOULD, APC
CALABASAS, CALIFORNIA