DAVID GOULD, APC
DAVID GOULD, SBN 37947
23975 Park Sorrento, Suite 200
Calabasas, CA 91302-4011
Telephone: (818) 222 8092
Facsimile: (818) 449 4803
dgould@davidgouldlaw.com

Counsel for Ronald F. Greenspan
Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | ) | Chapter 7 |
|---|---|---|
| BROBECK, PHLEGER & HARRISON LLP, | ) | District Court Case No. 12-01148 (CRB) |
| Debtor. | ) | BK Case No. 03-32715 (DM) |
| | ) | Adv. Pro. No. 11-03229 (DM) |
| RONALD F. GREENSPAN, Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP, | ) | **STIPULATION AND [PROPOSED] ORDER RE HEARING DATE ON MOTION FOR WITHDRAWAL OF REFERENCE** |
| Plaintiff, | ) | |
| v. | ) | |
| PAUL HASTINGS, LLP, *et al.*, | ) | |
| Defendants. | ) | |

-1-

CASE NO. 12-01148 (CRB)   STIPULATION AND [PROPOSED] ORDER RE HEARING DATE ON MOTION FOR WITHDRAWAL OF REFERENCE

iManage\1803021.1

1  This stipulation is entered into by and between Plaintiff, Ronald F. Greenspan, Chapter 7 Trustee for Brobeck, Phleger & Harrison, LLP ("Plaintiff"), and Defendants Paul Hastings LLP (successor to Paul, Hastings, Janofsky and Walker LLP), Kenneth R. Bender, John F. Hilson, Christopher H. McGrath, Mark E. McKeen, Howard M. Privette II and William F. Sullivan (collectively, the "Paul Hastings Defendants").

WHEREAS, the Paul Hastings Defendants filed a Motion for Withdrawal of the Reference to the Bankruptcy Court ("Motion") on February 21, 2012;

WHEREAS, the Motion was initially set for hearing on May 4, 2012, at 10:00 a.m.;

WHEREAS, on the Court's own motion, the hearing date was moved to June 22, 2012 at 10:00 a.m.;

WHEREAS, Plaintiff's counsel, David Gould, will be traveling out of the country on a pre-planned trip on that day; and

WHEREAS, Plaintiff and the Paul Hastings Defendants wish to set a mutually convenient date for the hearing on the Motion;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, either for themselves or through their counsel, that:

1. The hearing on the Motion shall be on July 13, 2012 at 10:00 a.m.

Dated: May 23, 2012

**PLAINTIFF
RONALD F. GREENSPAN, CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP**

By:   /s/ David Gould_____
       David Gould, Counsel

| | |
|---|---|
| Dated: May 23, 2012 | **THE PAUL HASTINGS DEFENDANTS**<br>PAUL HASTINGS LLP (Successor to Paul,<br>Hastings, Janofsky & Walker LLP)<br>KENNETH R. BENDER<br>JOHN F. HILSON<br>CHRISTOPHER H. McGRATH<br>MARK E. McKEEN<br>HOWARD M. PRIVETTE II<br>WILLIAM F. SULLIVAN |
| | By:   IRELL & MANELLA LLP |
| | /s/ Marc S. Maister<br>Marc S. Maister, Counsel |

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated: May __29__ , 2012

_____
United States District Judge



-3-

CASE NO. 12-01148 (CRB)                    STIPULATION AND [PROPOSED] ORDER RE HEARING
                                           DATE ON MOTION FOR WITHDRAWAL OF REFERENCE

iManage\1803021.1